|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| KATIA ARELLANO, on behalf of herself and others similarly situated, | **CLASS ACTION** |
|---|---|
| Plaintiff, | Case No. 5:22-cv-00639-JGB-KKx |
| v. | **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| ULTA SALON, COSMETICS & FRAGRANCE, INC., and DOES 1 to 100, inclusive, | [Removed From San Bernardino County Superior Court Case No. CIVSB2202356] |
| Defendants. | Complaint Filed: February 1, 2022<br>Trial Date: None Set |

# ORDER

Pursuant to the Parties' Joint Stipulation for Dismissal with Prejudice, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the instant action and all claims asserted by Plaintiff Katia Arellano against Defendant Ulta Salon, Cosmetics & Fragrance, Inc. are hereby dismissed, with prejudice.

**IT IS SO ORDERED.**

DATED: March 8, 2024

HON. JESUS G. BERNAL.
UNITED STATES DISTRICT JUDGE